1  André E. Jardini (State Bar No. 71335)
   aej@kpclegal.com
2  K.L. Myles (State Bar No. 243272)
   klm@kpclegal.com
3  KNAPP, PETERSEN & CLARKE
   550 North Brand Boulevard, Suite 1500
4  Glendale, California 91203-1922
   Telephone: (818) 547-5000
5  Facsimile: (818) 547-5329

6  Amir S. Salehi (State Bar Number 203193)
   amirs@lawyer.com
7  SALEHI & ASSOCIATES, P.C.
   12400 Wilshire Blvd., Suite 1300
8  Los Angeles, CA 90025
   Telephone: (310) 820-3366
9  Facsimile: (310) 820-3361

10 Attorneys for Plaintiffs
   STARLA PACINI, an individual;
11 MARIA SANCHEZ, an individual;
   ALBA PENAGOS, an individual;
12 and HECTOR PENAGOS, an individual;
   an individual; appearing
13 individually and on behalf of
   others similarly situated

14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18 | STARLA PACINI, an individual; MARIA ) Case. NO. CV 12-02423 SI
   | SANCHEZ, an individual; ALBA        )
19 | PENAGOS, an individual; and HECTOR  )
   | PENAGOS, an individual; appearing   ) **STIPULATION AND [PROPOSED]**
20 | individually and on behalf of others ) **ORDER EXTENDING BRIEFING**
   | similarly situated,                 ) **SCHEDULE FOR DEFENDANTS'**
21 |                                     ) **MOTIONS TO TRANSFER**
   |        Plaintiffs,                  ) **VENUE, TO STRIKE AND TO**
22 |                                     ) **DISMISS**
   |     v.                              )
23 |                                     )
   | BANK OF AMERICA, N.A., a national   ) The Hon. Judge Susan Illston
24 | bank; INTERSECTIONS INSURANCE       )
   | SERVICES, INC., an Illinois corporation; )
25 |                                     )
   |        Defendants.                  )
26 |_____)

27

28

KNAPP,
PETERSEN
& CLARKE

                                    -1-   Stipulation and [Proposed] Order Extending
                                          Briefing Schedule

Pursuant to Civil Local Rules 6-2 and 7-12, this Stipulation is entered into by and among Plaintiffs Starla Pacini, Maria Sanchez, Alba Penagos and Hector Penagos ("Plaintiffs"), and Defendants Bank of America, N.A. ("BANA"), and Intersections Insurance Services, Inc. ("IISI") (BANA and IISI are collectively referred to as the "Defendants," and Plaintiffs and Defendants are collectively referred to as the "Parties"), through their respective counsel with reference to the following:

## RECITALS

WHEREAS, on May 14, 2012, Plaintiffs filed their Complaint for Damages (the "Complaint") [Dkt. No. 1];

WHEREAS, on June 11, 2012, BANA filed its Motion to Dismiss Plaintiffs' Class Action Complaint [Dkt. No. 12];

WHEREAS, on June 11, 2012, Defendants filed their Joint Motion to Transfer Venue [Dkt. No. 13];

WHEREAS, on June 11, 2012, Defendants filed their Joint Motion to Strike Plaintiffs' Complaint for Damages [Dkt. No. 15];

WHEREAS, on June 11, 2012, IISI filed its Motion to Dismiss Plaintiffs' Complaint for Damages [Dkt. No. 17];

WHEREAS, the parties stipulate to extend Plaintiffs' time to respond to the four motions filed by Defendants (the "Motions"), and Defendants' time to reply to Plaintiffs' Oppositions; and

WHEREAS, Mr. Jardini attests that concurrence in the filing of this document has been obtained from each of the signatories hereto.

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the parties to this action through their undersigned counsel that, with the Court's approval:

1. Plaintiffs shall file their oppositions to the Motions [Dkt. Nos. 12, 13,

KNAPP, PETERSEN & CLARKE

15, 17] by July 2, 2012;

    2.    Defendants shall file their replies in support of the Motions [Dkt. Nos. 12, 13, 15, 17] by July 9, 2012;

    3.    The Motions [Dkt. Nos. 12, 13, 15, 17] will be heard on August 10, 2012 at 9:00 a.m.;

    4.    No prior extensions of time have been requested of the Court nor granted by the Court; and

    5.    This Stipulation would change the hearing on the Motions from August 3 to August 10, 2012.

Dated: June 25, 2012                    KNAPP, PETERSEN & CLARKE

By: /s/ André E. Jardini
    André E. Jardini
    K.L. Myles
    Attorneys for Plaintiffs
    STARLA PACINI, an individual;
    MARIA SANCHEZ, an individual;
    ALBA PENAGOS, an individual;
    and HECTOR PENAGOS, an
    individual; appearing individually
    and on behalf of others similarly
    situate

DATED: June __, 2012              DLA PIPER LLP

By: /s/ Jeffrey A. Rosenfeld
    Jeffrey A. Rosenfeld
    Attorney for Defendant
    Intersections Insurance Services, Inc.

DATED: June __, 2012              BRYAN CAVE LLP

By: /s/ Robert E. Boone III
    Robert E. Boone III
    Attorneys for Defendant
    Bank of America, N.A.

KNAPP, PETERSEN & CLARKE

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/26/12

_____
The Hon, Susan Illston
United States District Court Judge