JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARLA PACINI, an individual; MARIA SANCHEZ, an individual; ALBA PENAGOS, an individual; and HECTOR PENAGOS, an individual; appearing individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., a national bank; INTERSECTIONS INSURANCE SERVICES, INC., an Illinois corporation; <br><br> Defendants. | Case No. CV12-06859-R (Ex) <br> Honorable Manuel L. Real <br><br> **JUDGMENT** <br><br> [Filed Concurrently with [Proposed] Order Granting Motion to Dismiss] <br><br> Complaint filed: May 14, 2012 <br> Trial Date: None Set |

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

0338151927661

# JUDGMENT

The present action filed by Plaintiffs Starla Pacini, Maria Sanchez, Alba Penagos and Hector Penagos ("Plaintiffs") against Defendant Bank of America, N.A. having been dismissed with prejudice, and Bank of America, N.A.'s Motion to Dismiss the Class Action Complaint having been granted without leave to amend on October 1, 2012, for failure to state a claim upon which relief may be granted, judgment is hereby entered in favor of Bank of America, N.A. and against Plaintiffs. Bank of America, N.A. is entitled to recover all costs, fees and other rewards to the extent permitted by law.

Dated: __Oct. 25, 2012__    _____
                            Honorable Manuel L. Real
                            District Court Judge

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

927661

[PROPOSED] JUDGMENT