# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STARLA PACINI, an individual; MARIA SANCHEZ, an individual; ALBA PENAGOS, an individual; and HECTOR PENAGOS, an individual; appearing individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national bank; INTERSECTIONS INSURANCE SERVICES, INC., an Illinois corporation,<br><br>Defendants. | CASE NO. C12-06859-R (Ex)<br><br>**JUDGMENT**<br><br><br><br>Complaint Filed:  May 14, 2012 |

EAST\51962709.1

**[PROPOSED] JUDGMENT**

# JUDGMENT

The present action filed by Starla Pacini, Maria Sanchez, Alba Penagos, and Hector Penagos ("Plaintiffs") against Defendant Intersections Insurance Services Inc. ("Intersections") having been dismissed with prejudice, and Intersections' Motion to Dismiss the Complaint having been granted without leave to amend on October 1, 2012 for failure to state a claim upon which relief may be granted, among other reasons, judgment is hereby entered in favor of Intersections and against Plaintiffs. Intersections is entitled to recover all costs, fees, and other rewards to the extent permitted by law.

Dated: Oct. 25, 2012

The Hon. Manuel L. Real
United States District Court Judge